```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
THANIE DELUS,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :         25 Civ. 5778 (JPC)
                -v-                                                    :
                                                                       :              ORDER
VICTOR CASTILLO and GLADIATOR MASTER                                   :
TRANSPORT, LLC,                                                        :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On or before July 23, 2025, Defendants shall serve a copy of the Notice of Removal in this case, the exhibits attached thereto, and a copy of this Order on counsel for Plaintiff via email or first-class mail, and file proof of such service on the docket by July 25, 2025.  By August 13, 2025, the parties shall inform the Court whether either party believes that a transfer of this case to the United States District Court for the District of New Jersey would be appropriate.  *See* 28 U.S.C. § 1404.

SO ORDERED.

Dated: July 16, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge