UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
                                                                           :
THANIE DELUS,                                                              :
                                                                           :
                              Plaintiff,                                   :
                                                                           :         25 Civ. 5778 (JPC)
              -v-                                                          :
                                                                           :         ORDER
VICTOR CASTILLO and GLADIATOR MASTER                                       :
TRANSPORT, LLC,                                                            :
                                                                           :
                              Defendants.                                  :
                                                                           :
------------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

On December 3, 2025, Plaintiff filed interrogatories, requests for admission, and requests for document production on the docket. Dkts. 23-25. Discovery materials need not be filed with the Court, and going forward, the parties should refrain from filing such materials on the docket.

SO ORDERED.

Dated: December 5, 2025
       New York, New York                         _____
                                                        JOHN P. CRONAN
                                                   United States District Judge