BRANDGLICKBRAND
Attorneys at Law

November 24, 2026

The request is granted. The parties shall file their joint status letter by December 7, 2026. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 53.
SO ORDERED.
November 25, 2026
New York, New Yok

JOHN P. CRONAN
United States District Judge

**VIA ECF**
Honorable Judge John P. Cronan
Unites States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: Delus v. Castillo et al
25-cv-5778 (JPC)
Our File No. 02-17290

Dear Honorable Justice Cronan:

Pursuant to the last Case Management Order, the parties were directed to file a joint status letter regarding dispositive motion practice and participation in a settlement conference with the court or court-annexed mediation by November 30, 2026. At this time, we are requesting a one week extension of this deadline to December 7, 2026. The reason for this extension is that due to the upcoming holiday, we were unable to conference this matter with our principal regarding the foregoing until next week and subsequent to this deadline. We are now scheduled to conference with our principal on December 3. We have conferred with plaintiff's counsel who consents to this application and extension.

Thank you for your consideration.

Respectfully submitted,
Brand Glick & Brand
*Heather Hammerman*
Heather Hammerman

90 Merrick Avenue, Suite 203, East Meadow, New York 11554
Tel: (516) 746-3500 | Fax: (516) 294-9744 | www.BGBFirm.com

BGB